PARNELL COLVIN
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
EMAIL: 681@YAHOO.COM
PH:(702)447-0644
PRO SE:

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUL - 2 2025

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

July 2,2025

RE: APPOINTMENT OF COUNSEL

2:25-cv-01197-RFB-BNW

Dear. Court,

    I am requesting the court to refer my case to the federal pro bono project. I am sure there might be other federal statutes that were violated that having legal representation would discover and protect my interests. I am asking the court in the interests of justice. I believe that the court referring my case to the pro bono project would make sure my rights are protected and litigated.

    Also having legal representation would be able to find other areas that myself as a pro se litigation might not discover. Legal representation would also amend my complaint to more accurately define my legal arguments and points of law to fully litigate my claims.

Thanking the court for its time and consideration for appointment of counsel through the federal pro bono program.

_[signature]_
PARNELL COLVIN