1  Your name: PARNELL COLVIN
2  Address: 7414 PAGE RANCH CT
3  LAS VEGAS NV 89131
4  Phone Number: (702) 447-0644
5  E-mail Address: PC681@YAHOO.com
6  Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PARNELL COLVIN

Plaintiff,

vs.

PAGERANCH COURT TRUST
SATICOY BAY LLC, Diana Cline,
MITCHELL R. STOCKER, NATHAN UIPIRUE
The Maintenance Company,
Edward C. Whitney,

Defendant.

Case Number: 2:25-CV-01197-RFB

**MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 2 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJW _____ DEPUTY

As the (Plaintiff/Defendant) PARNELL COLVIN in the above-captioned matter, I respectfully ask the Court for permission to participate in and register for electronic case filing CM/ECF system ("e-filing") in this case pursuant to LR 2-1(b). I hereby affirm that:

1. I have reviewed the requirements for utilizing the electronic filing system, including LR IC 2-1 and 2-2, and agree to abide by them.

2. I understand and agree that in order to file within the e-filing system, I must first obtain an order granting this motion.

3. Following entry of an order granting this motion, I understand and acknowledge that, in order to e-file within the Court's electronic, I must (1) obtain a PACER account; (2)

Page __ of __

1  complete the e-filing registration for the District of Nevada through Manage PACER Account and (3) review and be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada.

4. I understand that once I register for e-filing following entry of an order granting this Motion, I will receive notices and documents only by email in this case and not by regular mail.

5. I have regular access to all of the following technical requirements necessary to e-file successfully:

    a. A computer with internet access;

    b. An email account I have access to on a daily basis to receive notifications from the Court and notices from the e-filing system.

    c. A scanner to convert documents that are only in paper format into electronic files;

    d. A printer or copier to create required paper copies such as chambers copies;

    e. A word-processing program to create documents; and

    f. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 7/2/2025

Signature: /s/ Parnell Colvin

Print Name: PARNELL COLVIN

Page ___ of ___

1  Your name: PARNELL COLVIN
2  Address: 7414 PAGE RANCH CT
3  LAS VEGAS NV 89131
4  Phone Number: (702) 447-0644
5  E-mail Address: PC681@YAHOO.com
6  Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PARNELL COLVIN

Plaintiff,

vs.

PAGE RANCH COURT TRSUT,
et, AL

Defendant.

Case Number: _____

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

The Court has considered the Motion for Permission to Use and Register for Electronic Case Filing. Finding good cause, the Motion is GRANTED.

DATED: 7/2/2025

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE