UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD
JUL - 2 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, __PARDELL COLVIN__ (Print Full Name), am representing myself and consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: __July 2, 2025__

Signature: _____

Email Address (Please print legibly):
__PC681@yahoo.com__

Confirm Email Address:
__PC681@yahoo.com__

Mailing Address: __7414 PAGE RANCH CT, LAS VEGAS NV 89131__

Telephone Number: __(702) 447-0644__

Case Number(s):
  2:25-cv-01197-RFB-BNW