


PARNELL COLVIN
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
EMAIL: PC681@YAHOO.COM
PHONE NO:(702)447-0644
PRO SE


```
FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 2 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, | 2:25-cv-01197-RFB-BNW |
| Plaintiff. | CIVIL COMPLAINT: |
| Vs. | DEMAND FOR JURY TRIAL |
| PAGE RANCH COURT TRUST, | PLAINTIFF IS SEEKING DAMAGES OF |
| SATICOY BAY LLC, DIANA CLINE | $500,000 AND PUNITIVE DAMAGES TO |
| EDWARD C. WHITNEY, NATHAN VIDRINE, | BE AWARDED. |
| MITCHELL R. STROKER, LOUDRES RODRIGUEZ, | |
| TURNKEY PROPERTY SOLUTION, | |
| THE MAINTENANCE COMPANY | |
| Defendants, | |

JURISDICTION

This court has jurisdiction to hear this case under 28 U.S.C. 1331 this case deals with federal law and federal questions of law. At all relevant times the plaintiff Parnell Colvin was a resident of said Clark County State of Nevada. At all relevant times defendants resided in said Clark County State of Nevada.

////

////

////

////

-1-

1  COMES NOW PLAINTIFF PARNELL COLVIN, and bringing this civil complaint against the
2  defendants that continued to violate his due process rights, the automatic stay protections within
3  section 11. U.S. Code 362 The Automatic Stay provided by the filing of Colvin bankruptcy petition. On
4  February 28,2025 Colvin had filed a bankruptcy petition in the United States Bankruptcy Court District of
5  Nevada Case # 25-11109. Colvin listed the defendants as creditors and the defendants were served notice of
6  Colvin filing of bankruptcy petition from the court and Colvin.
7
8  The defendants continued to harass Colvin by trying to exort money from Colvin by means of
9  sending emails, posting notices and mailing notices.This conduct by the defendants was illegal Colvin informed
10 the defendants on multiple occansions that they were violating the federal Automatic Stay Protections.
11 Section 11. U.S. Code 362 even through Colvin had repeatedly warned the defendants that they were violating
12 Colvin's rights and were violating federal law the defendants continued to violate Section 11. U.S. Code 362.
13 The filing of Colvin bankruptcy petition immediately stops the attempts of collecting and proceedings
14
15 Colvin has a pending lawsuit against the defendants in Clark County State Court in the
16 Eighth Judicial District Court Case # A-24-906354-C. The defendants wanted to stop / delay the proceedings
17 so the defendants informed the state court that Colvin had a pending bankruptcy.The state court advised the
18 defendants to file with the court a Suggestion of Bankruptcy once filed the court stayed all pending hearings.
19 Also this the state case was in arbitration having hearings. The defendants again informed the court that Colvin
20 had a pending bankruptcy petition the arbitrator seen the defendants had filed the Suggestion of Bankruptcy all
21 stated all further proceeding were vacated.
22
23 Colvin has mulptile cases pending in diffrent juridictions but all have followed the law regarding
24 the federal law of the Automatic Stay Protections. Eventhough the state court was the one to stay proceeding
25 because of Colvin bankruptcy petition and the Automatic Stay Protections 11.U.S.Code 362. The court ordered
26 for Colvin and the defendants to a settlement conference Colvin never requested such an order and had no
27 intentions to settle with the defendants.
28

-2-

## ARGUMENTS

1. The state court and defendants violated Colvin due process rights and federal law by ordering Colvin to attent a settlement conference in violation of Section 11. U.S Code 362 which stays the lawsuits and pending heraings unless the Automatic Stay was lifted or the defendants got permission from the federl bankruptcy court. Which the defendants did not seek such an order lifting the Automatic Stay or an order from the bankruptcy court granting permission to let the state case proceed. The settlement conference was forced upon Colvin. The court knew that ordering Colvin to a settlement conference was further proceedings.

Section 11. U.S. Code 362 stays such proceedings and Colvin due process rights were violated state courts or defendants dont have legal juridiction to overrule on issues regarding federal laws including Section 11 U.S. Code 362. If the defendants and the state court wanted to proceed to continue litigation then they must follow federal law to do so in the instant case the defendants did not and this is a violation of federal law and the bankruptcy protections.

2. The defendants knowing , deliberty and intentionally continued to violate Colvin legal rights once Colvin filed his bankruptcy petition the court automatically sent out notices that a party is named as a creditor. Colvin also informed the defendants that he filed bankruptcy and listed the defendants as creditors. inspite of this the defendants contiued to attempt to illegally extort money from Colvin. Through threats of extortion through the use of emails, posting fraudgelently notices and emailing fraugelently using the United States Postal to mail these fraudgelent notices to scar and scam Colvin into paying the defendants.

3. Intentional Infliction of emotional distress the defendants continued illegal conduct has caused Colvin to deal with the constant distress levels of dealing defendants for one is trying extort Colvin for illegal, constantly threating him through use of the internet, and Postal services are federal crimes. These defendnats are all working in concert to scam, threating and extort money from plaintiff Colvin. The defendant use of threat to force Colvin to pay money when the reality is the defendants have owed Colvin since August 4,2023.

1   Plaintiff Colvin prays for the amount that is stated for damages and punitive damages by the illegal
2 misconduct by the defendants. Colvin is also requesting any and all relief the court finds to be warranted the
3 defendants must be held accountable and Colvin has the legal right to do under federal laws and plans on doing
4 so. The defendants illegal misconduct cannot go unseen or unpunished bringing this lawsuit is the first step in
5 hopefully correcting the defendants illegal conduct and tatics.

*/s/ Parnell Colvin*

PARNELL COLVIN

DATED THIS 2nd day July 2025