PARNELL COLVIN
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
EMAIL: PC681@YAHOO.COM
PH:(702)447-0644



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff.

Vs.

PAGE RANCH COURT TRUST, et al

    Defendants.

CASE NO: 2:25-CV-01197-RFB-BNW

REPLY TO COURTS ORDER

    COMES NOW PLAINTIFF PARNELL COLVIN, and is requesting that the court allows his claims against the defendants for violating his federal due process rights including violating the federal laws regarding the automatic stay protections. Colvin is legally entitled to bring his claims to this court has its has jurisdiction over the laws that the defendants knowingly and intentionally continued to violate.

    The violations stems from Colvin filed and had a pending bankruptcy and Colvin and the bankruptcy court sent notices to the defendants of his filing of bankruptcy and under federal law all collection attempts must stop. The defendants having been served continued to violate Colvin legal protections and violate the automatic stay protections provided by federal law.

    Colvin's bankruptcy case was dismissed; however Colvin has a pending appeal regarding that issues with the Ninth Circuit Court of Appeals Bankruptcy Appeal Panel. Colvin is entitled to bring this claim before this court as Colvin can seek a wider range for damages and not be limited with a motion being filed with the bankruptcy court.

  Plaintiff Colvin cannot bring a claim against the defendants in Bankruptcy Court as his Bankruptcy was dismissed and until it is reinstated Colvin cant file and pleadings regarding his bankruptcy. Colvin was always going to pursue his cause of action against the defendants in this court, not Bankruptcy Court. Colvin also points out without knowing if his bankruptcy case will be reinstated has no bearing on this cause of action as it is a separate violation of federal law. Colvin's position is not knowing the outcome of the appeal should not be a basis to prevent Colvin from pursuing his claims against the defendants in this court as the appeal is pending.

  Colvin believes this court should prevent him from pursuing justice and holding the defendants accountable based on his bankruptcy is denying him his legal rights to due process and justice.There is nothing in the law that Colvin has seen that states or prevents him from pursuing this case against the defendants in this court.

  For the stated reasons Colvin is requesting the court to let his case against the defendants proceed. Thanking the court for its times in considering Plaintiff Colvin motion.

_/s/ Parnell Colvin_
PARNELL COLVIN

DATED THIS DAY JULY 23,2025